UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November, 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 08-0239M-01 (CR) |
|  | : | MAGISTRATE NO. 08-0239M-02 (CR) |
| **ALONSEZA LORETTA BELT,** | : | |
| **REX PELOTE, SR.,** | : | VIOLATIONS: 21 U.S.C. § 841(a)(1) |
|  | : | and § 841(b)(1)(C) |
| Defendants. | : | (Unlawful Possession with Intent to |
|  | : | Distribute Heroin) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about April 7, 2008, within the District of Columbia, **ALONSEZA LORETTA BELT and REX PELOTE, SR.** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.